UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

Jessie Clifton Smith                                    PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 2:03CV113-RHW

Ronald Kings, *et al*                                   DEFENDANT(S)

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

On this day this cause came to be heard before the Court upon its own motion for an ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM in order that **Jimmy Harris #81770** who is a witness in the proceeding may be present to participate in the trial in this action. The witness is presently confined as a prisoner at SMCI in Leakesville, Mississippi. An order should be entered directing the appropriate officials to bring **Jimmy Harris #81770** before this Court so that he may testify in the trial.

IT IS THEREFORE ORDERED, that a Writ of Habeas Corpus Ad Testificandum issue forthwith from this Court, directing the Warden of SMCI in Green County to transport the above named to appear before this Court at the **UNITED STATES DISTRICT COURT in Hattiesburg, MS** on **Wednesday, August 9, 2006 at 9:30 a.m.** for the trial in this matter.

Thereafter, upon being dismissed by the Court, the witness shall be returned to the custody of the Warden for transportation back to SMCI in Leakesville, Mississippi.

SO ORDERED, this the 19th day of July, 2006.

UNITED STATES MAGISTRATE JUDGE